UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 8:07-cr-476-T-23TBM

JOSE MERCADO FRANCIS
_____/

## PRELIMINARY ORDER OF FORFEITURE AS TO
## SPECIFIC PROPERTY AND FORFEITURE MONEY JUDGMENT

The United States moves (Doc. 25) for entry of a forfeiture money judgment and

for entry a preliminary order of forfeiture as to specific property, which shall be a final

order of forfeiture as to defendant Jose Mercado Francis' right, title, and interest in:

1.    the defendant's medical licenses issued by Puerto Rico and the State of
      Michigan;

2.    the defendant's DEA registration number BM3264722; and

3.    a personal money judgment for $37,083.80, which represents the gross
      proceeds obtained by the defendant as a result of the violation charged in
      Count One.

The defendant pleaded guilty to Count One, conspiring to distribute and dispense

phentermine, a Schedule IV controlled substance, in violation of 21 U.S.C. § 846, and

Count Two, conspiring to commit money laundering in violation of 18 U.S.C. § 1956(h).

The United States has established that $37,083.80, deposited into the defendant's

bank account in violation of 18 U.S.C. § 1956(h), represents the gross proceeds

received by the defendant from approximately September, 2004, through July, 2005, as

a result of the offense charged in Count One.

The United States has established a sufficient nexus between the offenses and the property sought for forfeiture.  The motion (Doc. 25) is **GRANTED**.

Pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal procedure, all right, title and interest of Jose Mercado Francis in the above-referenced specific property is forfeited to the United States for disposition according to law.

Pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1), and Rule 32.2(b)(1), Federal Rules of Criminal Procedure, Jose Mercado Francis is liable for a forfeiture money judgment in the amount of $37,083.80 in United States currency, which represents the gross proceeds received by the defendant as a result of the offense charged in Count One.  Pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to satisfy the money judgment the United States may seek forfeiture of any of the defendant's property as substitute assets up to the total value of the $37,083.80 money judgment.

The court retains jurisdiction to entertain any third party-claim and to enter any order necessary for the forfeiture and disposition of the subject property.

ORDERED in Tampa, Florida, on _____March 28th_____, 2008.


_____
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record